■ In the Matter of THOMAS J. KAVANAGH, as Conservator of CARL ROHRBACK, Conservatee, Appellant. RICHARD E. COVEN, Referee, Respondent.—Resettled order, Supreme Court, New York County (Arthur Blyn, J.), entered on October 6, 1986, unanimously affirmed. Petitioner-respondent shall recover of respondent-appellant $50 costs and disbursements of this appeal. Motion by petitioner-respondent for an order dismissing the appeal, and for other relief, denied. No opinion. Concur— Sullivan, J. P., Asch, Milonas and Kassal, JJ.

■ In the Matter of GLEN HAUSER. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK et al., Respondents, v SYLVIA MCMULLEN, Appellant.—Order, Family Court of the State of New York, New York County (Daniel Leddy, Jr., J.), entered on or about December 20, 1985, unanimously affirmed, without costs and without disbursements. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Rosenberger, Ellerin and Wallach, JJ.